## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTOPHER KYLE BOSHERS**<br><br>*Plaintiffs,*<br><br>v.<br><br>**SIG SAUER, INC.**<br><br>*Defendant.* | **CASE NO.: 1:24-CV-00089**<br><br>**RULE 41 STIPULATION OF DISMISSAL** |

### RULE 41 STIPULATION TO DISMISS

It is hereby **STIPULATED** and **AGREED**, by and among the undersigned counsel for the parties to this matter, that the above action captioned *Boshers. v. Sig Sauer, Inc.,* Case No. 1:24-cv-89, is hereby **DISMISSED** without prejudice.

It is further **STIPULATED** and **AGREED** that the individual Plaintiff in this action was permitted to refile identical claims *via* an agreed-up short form complaint ("Short Form Complaint") in a consolidated lawsuit captioned: *Armendariz et. al. v. Sig Sauer, Inc.* Case No.: 1:22-cv-536, which is pending before the Honorable Joseph N. LaPlante in the United States District Court for the District of New Hampshire. The above Plaintiff filed his Short Form Complaints in the *Armendariz* matter on June 27, 2024.

It is further stipulated that, for purposes of any applicable statute of limitations for the claims asserted by the above-named plaintiff the operative filing date shall be **April 5, 2024**, which is the date the original complaint was filed in this action, and not the date those identical claims were refiled by Short Form Complaint in the *Armendariz* matter on June 27, 2024.

It is further stipulated that, with respect to the plaintiff, Kristopher Kyle Boshers, Sig Sauer shall not assert the statute of limitations as a defense to any claims which were originally pled in

this action unless such limitations period expired prior to the original filing date in this action, April 5, 2024.

| **DOUGLAS, LEONARD & GARVEY, P.C.** | **DRUMMOND WOODSUM** |
|---|---|
| By:/s/ *Benjamin T King*<br>BENJAMIN T. KING,<br>NH Bar #12888<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>benjamin@nhlawoffice.com<br><br>**SALTZ MONGELUZZI BENDESKY**<br><br>By: */s/ Samuel A. Haaz*<br>Samuel A. Haaz<br>1650 Market Street, 52nd Floor<br>Philadelphia, Pennsylvania 19103<br>Tel: 267-297-2766<br>shaaz@smbb.com<br><br>*Attorneys for Plaintiff* | By: */s/ Mark Franco*<br><br>Mark V. Franco, NH Bar # 16708<br>84 Marginal Way, Suite 600<br>Portland, ME 04101<br>Tel: 207-772-1941<br><br>*Attorney for Defendant* |

BY THE COURT:

_____
                        J.